

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-21-00523-CV

Leonardo **SAENZ,**
Appellant

v.

Julia **SAENZ,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

## O R D E R

After consideration, we **GRANT IN PART** Appellee's Motion for Extension of Time to File her Brief and **ORDER** appellee to file her brief **on or before May 12, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court